## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MANUEL GARZA and ELIZABETH GARZA,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **No. 3:11-cv-3504-M (BF)** |
| **EMC MORTGAGE and JP MORGAN CHASE BANK, N.A.,** | § § | |
| **Defendants.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 11, 2014, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.   Defendants' Motion for Summary Judgment is GRANTED and all of Plaintiffs' claims and causes of action are DISMISSED with prejudice.

**SO ORDERED** this 14th day of March, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS